# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Central States Pension Fund and Howard McDougall, trustee, Plaintiffs, v. Lanzo Holding Company, a Michigan corporation, Lanzo Construction Company, a Michigan corporation, Lanzo Construction Co., Florida, a Florida corporation, Lanzo Equipment Company, Inc., a dissolved Michigan corporation and Lanzo Realty, Inc., a dissolved Michigan corporation, Defendants. | FILED: APRIL 1, 2008<br>08CV1852      TG<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

| | |
|---|---|
| NAME (Type or print)<br>Rathna C. Rodgers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Rathna C. Rodgers | |
| FIRM<br>Central States Law Department | |
| STREET ADDRESS<br>9377 W. Higgins Road | |
| CITY/STATE/ZIP<br>Rosemont, IL  60018-4938 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06239131 | TELEPHONE NUMBER<br>847/518-9800, Ext. 3435 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐