AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas Pension
Fund and Howard McDougall, trustee, Plaintiffs,

V.

Lanzo Holding Company, Lanzo Construction Company,
Lanzo Construction Co., Florida, Lanzo Equipment
Company, Inc. and Lanzo Realty, Inc., Defendants.

CASE NUMBER: 08CV1852

ASSIGNED JUDGE: JUDGE LEFKOW

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Lanzo Construction Company,
c/o Quirino D'Alessandro, Sr., (Registered Agent)
28135 Groesbeck Hwy.
Roseville, MI 48066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rebecca K. McMahon, Esq.
Central States Law Department
9377 West Higgins Road
Rosemont, Illinois  60018-4938

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 1, 2008
Date

PALM BEACH
CONFIDENTIAL

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 4/30/08  11:52 AM |
| NAME OF SERVER (PRINT) Douglas Pope | TITLE | SPS # 780 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): No R/A available between 10:00A & 12:00N Corp Service By Serving Dinne Wagner Recp. Person authorized to accept for R/A

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/30/08
         Date

Signature of Server

PALM BEACH CONFIDENTIAL
8420 NICKELS BLVD
BOYNTON BCH  FL 33436

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| | | |
|---|---|---|
| State of Illinois | County of Northern District | United States District Court Court |

Case Number: 08CV1852

Plaintiff:
**CENTRAL STATES, SOUTHEAST & SOURHWEST AREAS PENSION FUND & HOWARD MCDOUGALL, TRUSTEE,**

vs.

Defendant:
**LANZO HOLDING COMPANY, LANZO CONSTRUCTION COMPANY, LANZO CONSTRUCTION CO., FLORIDA, LANZO EQUIPMENT COMPANY, INC., & LANZO REALTY, INC.,**

For:
Central States Southeast & Southwest, He
Law Dept.
9377 W. Higgins Rd. 10th Floor
Rosemont, IL 60018-4938

Received by Palm Beach Confidential, Inc. on the 4th day of April, 2008 at 11:31 am to be served on **LANZO CONSTRUCTION CO., FLORIDA, C/O Guiseppe D'Alessandro, R/A, 125 S E 5th Court, Deerfield Beach, FL 33441.**

I, Douglas Pope, do hereby affirm that on the **30th day of April, 2008** at **11:52 am**, I:

**CORPORATE:** served the within-named corporation by delivering a true copy of the **Summons, Complaint, & Attachments** with the date, hour of service, my identification number and initials endorsed thereon by me, to: **Diane Wagner** as **Person authorized to accept**. in compliance with State Statutes.

**Additional Information pertaining to this Service:**
No one available to accept. Still out. 4/11/08
4/16/08, No R/A avaialble,
4/30/08 Still no R/A available to accept service. Sub-Served Diane Wagner, Recp. She is authorized to accept for R/A. Served 4/30/08.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: W, Height: 5'7, Weight: 120, Hair: Br, Glasses: N

I Certify that I am over the age of 18 and have no interest in the above action.

"Under penalties of perjury, I declare that I have read the foregoing Return Of Service and the facts stated in it are true." F.S. 92.525 (2)
Dated this 30th day of April 20 08.

Douglas Pope
SPS#780

**Palm Beach Confidential, Inc.**
**9420 Nickels Blvd.**
**Boynton Beach, FL 33436**
**(561) 737-7171**

Our Job Serial Number: 2008000319

Copyright © 1992-2006 Database Services, Inc - Process Server's Toolbox V6.1c