Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1852 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Central States Fund, et al. vs. Lanzo Holding Company, et al. | | |

**DOCKET ENTRY TEXT**

Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 11/12/2008. Non-expert discovery will close on 1/12/2009. Cut-off date for designation of plaintiff's trial expert(s) is 1/12/2009; for defendant's trial expert(s) is 3/12/2009.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUL 16 PM 5: 32
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|