

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, <br><br> Plaintiffs, <br><br> v. <br><br> LANZO HOLDING COMPANY, a Michigan corporation, LANZO CONSTRUCTION COMPANY, a Michigan corporation, LANZO CONSTRUCTION CO., FLORIDA, a Florida corporation, LANZO EQUIPMENT COMPANY, INC., a dissolved Michigan corporation and LANZO REALTY, INC., a dissolved Michigan corporation, <br><br> Defendants. | Case No.: 08 CV 1852 <br><br> Judge: Lefkow <br><br> Magistrate Judge: Nolan |

### ~~PROPOSED~~ SCHEDULING ORDER

The parties, having held a scheduling conference attended by Rebecca K. McMahon for the Plaintiffs and Naomi F. Katz for the Defendants, as required by Fed. R. Civ. P. 26(f), submit the following proposed scheduling order:

(A)   The parties believe that an early settlement conference will not likely result in a disposition of the case.

(B)   The parties shall have until August 14, 2008 to make Rule 26(a)(1) disclosures.

(C)   Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by November 12, 2008. Amendments thereafter may be made only on motion for good cause shown.

(D)   Non-expert discovery will close on January 12, 2009.

(E) The cut-off date for designation of Plaintiffs' trial expert(s) as provided in Fed. R. Civ. P. 26(a)(2) is January 12, 2009; for Defendants' trial expert(s), March 12, 2009. Depositions of the experts shall be taken within 30 days of designation. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

(F) Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

(G) The parties do not consent to have their case proceed before a magistrate judge.

ENTER:

Date: JUL 15 2008

Joan Humphrey Lefkow
U.S. District Judge